# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

MICHAEL PARSARD,

    Petitioner,

v.                              CIVIL ACTION NO.: CV513-103

UNITED STATES OF AMERICA
and IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Petitioner's Motion for Declaratory Judgment and his petition for writ of habeas corpus are **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this ___ day of _____, 2014.

                                       LISA GODBEY WOOD, CHIEF JUDGE
                                       UNITED STATES DISTRICT COURT
                                       SOUTHERN DISTRICT OF GEORGIA